Nanette Levi, Esq., State Bar No. 214111
MORGAN & MORGAN, P.A.
6824 Griffin Road
Davie, Florida 33314
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515
E-Mail:  nlevi@forthepeople.com

JS-6

Attorneys for Plaintiff

DENIS O'ROURKE (SBN.42338)
O'ROURKE, FONG & MANOUKIAN, LLP.
Budorourke@aol.com
Galleria Office Towers
100 W. Broadway, Suite 1250
Glendale, CA 91210
Telephone:   818-247-4303
Facsimile:    818-247-1451

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BAZAN, suing individually and on behalf of all other similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMMERCIAL POOL SERVICE, INC., a Corporation, and PETER KUSHDILIAN, individually,<br><br>    Defendants. | Case No.:CV 11-1395 JFW (MANx)<br><br>(~~PROPOSED~~) ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

Plaintiff, Jesus Bazan and Defendant, Commercial Pool Service and Peter Kushdilian, through their respective counsel of record, have stipulated that the Court dismiss the claim of Jesus Bazan in the above-captioned action in his entirety with prejudice, and dismiss with prejudice Commercial Pool Service and Peter Kushdilian as defendants, due to the settlement of the matter between the parties on an

1

Case No.  CV11-1395-JFW(MANx))
Order of Dismissal

individual, non-class basis.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the claims of Plaintiff Jesus Bazan be dismissed in his entirety with prejudice and that Defendants Commercial Pool Service and Peter Kushdilian, both be dismissed with prejudice as defendants in this pending action.

IT IS SO ORDERED.

Dated: November 18, 2011     /s/
_____
Honorable John F. Walter
United States District Judge

Order of Dismissal